

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2019

No. 04-17-00810-CV

**CODY, TEXAS, L.P.**,
Appellant

v.

**BPL EXPLORATION, LTD.**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,665
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

On July 23, 2018, this appeal was set for on briefs submission on September 11, 2018, before a panel consisting of Justice Karen Angelini, Justice Marialyn Barnard, and Justice Irene Rios. On March 28, 2019, this court withdrew the prior submission.

By order dated May 9, 2019, this court notified the parties that the court, on its own motion, decided to consider this appeal en banc. It is therefore ORDERED that this appeal is set for formal submission and oral argument before the en banc court on Thursday, October 3, 2019, at 10:00 a.m.

The time for oral argument will be limited to twenty minutes for appellant's opening argument, twenty minutes for appellee's argument, and ten minutes for appellant's rebuttal. *See* 4th TEX. APP. (SAN ANTONIO) LOC. R. 9.1.

It is so **ORDERED** on this 9th day of September, 2019

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
CLERK OF COURT